<u>UMBACH V. CARRINGTON INVESTMENT PARTNERS (US), LP ET AL.</u>, 08 CV 484 (EBB)

2/23/12 – An <u>impromptu</u> telephonic discovery conference was held today to discuss, <u>inter alia</u>, the discovery issues raised in counsel's cursory letters to this Magistrate Judge, dated February 16-17, 2012.

By agreement of counsel, **on or before 3/9/12**, plaintiff's counsel will send a more detailed letter to this Magistrate Judge (with copy to opposing counsel); **on or before 3/16/12**, defense counsel will send his letter in response (with copy to opposing counsel); and **on or before 3/23/12**, plaintiff's counsel will send a reply letter (with copy to opposing counsel).  If plaintiff's counsel does not intend to send a reply letter, he should advise this Magistrate Judge's Chambers (and opposing counsel), as quickly as possible.

By further agreement of counsel, due to these outstanding discovery issues, the deadline for the completion of depositions of all fact witnesses is hereby extended from 3/30/12 (<u>see</u> Dkt. #148) until 4/30/12, without prejudice to any party seeking additional time due to scheduling conflicts of counsel or the deponents.